**Order filed, January 03, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00944-CR
_____

**JORGE ALBERT PAVON-MALDONADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Court Cause No. 21793**

---

## ORDER

The reporter's record in this case was due **December 02, 2013**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Graciela Caka**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM